■ IGNATIUS A. MONFORTE, Appellant, v. CHEMICAL CORN EXCHANGE BANK et al., Respondents.— In an action to recover damages for the breach of an alleged contract, and for other relief, the appeal is from an order granting respondents' motion for judgment on the pleadings dismissing the complaint (Rules Civ. Prac., rule 112), and from the judgment entered thereon. Order and judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Wenzel, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EFREM BERKOWITZ, ONOFORIO VASSALLO, DOMINIC FELICE, KERMIT FRANKEL, HELEN DURHAM, alias HELEN BLANCHE, Respondents.— Appeal by the People from an order of the County Court, Kings County, which upon sustaining a demurrer, dismissed the indictment and directed that the matter be resubmitted to a Grand Jury. The indictment, in simplified form (Code Crim. Pro., §§ 295-a– 295-l), alleged in the first count the crime of "Obscene Prints and Articles, Contrary to Penal Law Section 1141" and in the second count the crime of "Conspiracy, Contrary to Penal Law Section 580." No bill of particulars (Code Crim. Pro., §§ 295-g–295-i) nor transcript of the Grand Jury proceedings was before the County Court. The opinion of the County Judge states that upon argument before him sufficient facts were presented to convince him that neither a bill of particulars nor the Grand Jury minutes would establish by a certainty the crimes intended. Order unanimously affirmed. Neither of the counts contains any statement of the crime with which the respondents are charged and, in addition, the second count fails to allege an overt act as required by section 583 of the Penal Law and section 398 of the Code of Criminal Procedure. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ. [14 Misc 2d 384.]

## SECOND DEPARTMENT, FEBRUARY, 1951 *
## (February 19, 1951)

■ In the Matter of the Construction of the Will of WILLIAM A. MILLEG, Deceased. MARY R. MILLEG, Appellant; ISABEL GOODWIN et al., Respondents. — Motion to dismiss appeal granted upon consent, without costs, and appeal dismissed, without costs. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and MacCrate, JJ.

## SECOND DEPARTMENT, APRIL, 1953 *
## (April 27, 1953)

■ In the Matter of the Application of LAWRENCE R. KNOBEL, for Admission to the Bar.— Application denied upon the ground that the applicant has failed to satisfy this court that he possesses the character and general fitness requisite for an attorney and counsellor at law, as required by paragraph a of subdivision 1 of section 90 of the Judiciary Law. Present — Nolan, P. J., Carswell, Adel, Wenzel and MacCrate, JJ.

## SECOND DEPARTMENT, JANUARY, 1958 *
## (January 27, 1958)

■ In the Matter of the Application of LAWRENCE R. KNOBEL, for Admission to the Bar.— Motion to vacate order dated April 27, 1953, denying application for admission to the Bar, and for other relief, denied. Present — Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ.

* Not published with other decisions of February 19, 1951, 278 App. Div. 664, April 27, 1953, 281 App. Div. 991, and Jan. 27, 1958, 5 A D 2d 789.— [Rep.